**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| LYNDA STEPP and<br>JOE MIKE STEPP,<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON, INC. and<br>JOHNSON & JOHNSON,<br><br>Defendants. | **CIVIL NO.:** 3:22-CV-166-HTW-LGI |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO STAY**

The parties would like to advise the Court that a settlement in principle has been reached in this case. As a result, the parties jointly request that this case be moved to inactive status and/or that all deadlines and other requirements be stayed, until such time as the settlement can be concluded and the case can be dismissed with prejudice. In the event the settlement is not finalized, the parties will promptly inform Your Honor so that it can be restored to the active docket of this Court.

Dated: April 4, 20223

        Respectfully submitted,

        */s/ Nikita McMillian*
        Kasey Adams (MS Bar No. 105025)
        Nikita McMillian (MS Bar No. 105312)
        Butler Snow LLP
        1020 Highland Colony Parkway, Suite 1400
        Ridgeland, MS 39157
        Phone: (601) 985-4540
        Fax: (601) 985-4500
        Kasey.adams@butlersnow.com
        Nikita.mcmillian@butlersnow.com

        *Counsel for Defendants Ethicon Inc. and Johnson & Johnson*

*/s/ Sheila M. Bossier*
Sheila M. Bossier (MS Bar No. 10618)
Laurel Li Harris (MS Bar No. 104078)
BOSSIER & ASSOCIATES, PLLC
1520 North State Street
Jackson, MS 39202
Phone: (601) 352-5450
Fax: (601) 352-5452
sbossier@bossier-law.com
lharris@bossier-law.com

*Counsel for Plaintiffs Lynda Stepp and Joe Mike Stepp*

## CERTIFICATE OF SERVICE

      I certify that on April 4, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service.

                                             */s/ Nikita S. McMillian*
                                             Nikita S. McMillan