**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| LYNDA STEPP and<br>JOE MIKE STEPP,<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON, INC. and<br>JOHNSON & JOHNSON,<br><br>Defendants. | **CIVIL NO.:** 3:22-CV-166-HTW-LGI |

**AGREED FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on the joint motion, *ore tenus*, of the Parties for entry of this Agreed Final Judgment and Order of Dismissal with Prejudice. The Court being advised that this matter has settled and that this order is submitted by agreement to finally conclude this action for all purposes, finds the motion is well-taken and should be granted.

**WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that this matter is dismissed with prejudice, with each party to bear its own fees and costs.

**SO ORDERED** this 17th day of May 2023.

/s/HENRY T. WINGATE
Henry T. Wingate
United States District Judge

[*SIGNATURES ON FOLLOWING PAGE*]

Agreed to by:

<u>/s/ Nikita McMillian</u>
Kasey Adams (MS Bar No. 105025)
Nikita McMillian (MS Bar No. 105312)
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Phone: (601) 985-4540
Fax: (601) 985-4500
Kasey.adams@butlersnow.com
Nikita.mcmillian@butlersnow.com

*Counsel for Defendants Ethicon Inc. and Johnson & Johnson*

<u>/s/ Sheila M. Bossier</u>
Sheila M. Bossier (MS Bar No. 10618)
Laurel Li Harris (MS Bar No. 104078)
BOSSIER & ASSOCIATES, PLLC
1520 North State Street
Jackson, MS 39202
Phone: (601) 352-5450
Fax: (601) 352-5452
sbossier@bossier-law.com
lharris@bossier-law.com

*Counsel for Plaintiffs Lynda Stepp and Joe Mike Stepp*